UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON WASHINGTON | CIVIL ACTION |
| VERSUS | NO. 15-0823 |
| MARLIN N. GUSMAN, ET AL | SECTION "N"(4) |

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jason Washington's 42 U.S.C. § 1983 claims for failure to protect claims against the defendants, Sheriff Marlin Gusman, Bonita Pittman, Ms. Garrison, Mr. Lopez, Ms. Clayton, and Ms. Polk are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 15th day of June, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE